45 So.2d 171

### Frank HELMS v. STATE.

#### 4 Div. 603.

Supreme Court of Alabama.

March 23, 1950.

A. A. Carmichael, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the petition.

Douglas Brown and Val L. McGee, of Ozark, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Helms v. State, 45 So.2d 170.

Writ denied.

BROWN, FOSTER and STAKELY, JJ., concur.